

## Court of Appeals
## Fifth District of Texas at Dallas
# MANDATE

**TO THE CRIMINAL DISTRICT COURT NO. 4 OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 8th day of December, 2023, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| REGINALD ARLEIGH NOBLE, Appellant | On Appeal from the Criminal District Court No. 4, Dallas County, Texas Trial Court Cause No. F00-50025-K. |
| No. 05-23-01179-CR V. | Opinion delivered by Justice Breedlove. Justices Carlyle and |
| THE STATE OF TEXAS, Appellee | Goldstein participating. |

was determined; and this Court made its order in these words:

Based on the Court's opinion of this date, this appeal is **DISMISSED** for want of jurisdiction.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON ROBERT D. BURNS, III, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 20th day of February 2024.



/s/ Ruben Morin

Ruben Morin, Clerk